## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| In re: | Tae Young Kim ) | |
| | ) | Case No. 13-35026-KRH |
| | Debtor. ) | Chapter 13 |
| | ) | |
| Address | ) | |
| | Tae Young Kim ) | |
| | ) | |
| | 10425 Midlothian Tnpk ) | |
| | ) | |
| | Richmond, VA 23235 ) | |

Last four digits of SSN or ITIN:    **7900**

### ORDER ON MOTION TO EMPLOY SPECIAL COUNSEL

**UPON MOTION BY**, Krumbein Consumer Legal Services, Inc., counsel for Debtor(s), and pursuant to 11 USC 330 the court FINDS

1) This motion is filed pursuant to 11 USC 30.

2) This court has jurisdiction pursuant to 28 USC 1441.

3) This is the proper venue pursuant 28 USC 1391.

4) This is a core proceeding pursuant to 28 USC 157.

5) Movants filed a Voluntary Petition for Relief in this court on 09/18/2013.

6) Movant wishes to employ special counsel to prosecute a complaint for violation of the Automatic Stay.

7) Counsel has agreed to represent movant if the court approves this employment.

8) Counsel is to be paid on contingency fee by the defendants by either settlement or judgment.

THEREFORE, it is ORDERED that Jason M. Krumbein is appointed counsel to the debtors for the purpose of filing an adversary proceeding for violation of the Automatic Stay NUNC PRO TUNC to the date of the application; and

ORDERED that Mr. Krumbein shall be permitted to terminate his representation of the debtors at the conclusion of the adversary proceeding.

ENTERED: Dec 9 2013

/s/ Kevin R. Huennekens
_____
Kevin R. Huennekens
JUDGE, US Bankruptcy Court
Eastern District of Virginia, Richmond Div.

Entered on Docket: Dec 10 2013

| I ASK FOR THIS<br><br>/s/ Jason M. Krumbein, Esq.<br>Jason M. Krumbein, Esq. VSBN 43538<br>Special Counsel<br>Krumbein Consumer Legal Services, Inc.<br>5310 Markel Road, Suite 102<br>Richmond, VA 23230<br>Tel: 804.303.0204 Fax: 804.303.0209<br>jkrumbein@krumbeinlaw.com | SEEN AND AGREED:<br><br>/s/ Nnika E. White, Esq.<br>Nnika E. White, Esq. VSB# 47012<br>Counsel for the debtor in Bankruptcy<br>The Law Office of White & Assoc., PC<br>9101 Midlothian Tpke, Suite 800<br>Richmond, VA 23235<br>Tel: 804.377.9431 Fax: 804.377.9434<br>NWhite@WhiteLawVA.com |
|---|---|
| Seen and Not Objected to:<br><br>/s/ Robert E. Hyman, Trustee<br>Robert E. Hyman, Chapter 13 Trustee<br>P.O. Box 1780<br>Richmond,, VA 23218<br>Tel: 804.775.0979 | |

**CERTIFICATE OF ENDORESMENT PURSUANT TO LBR 9022-1**

I certify that all necessary parties have endorsed the foregoing order.

/s/ Jason M. Krumbein, Esq.
Counsel for the Debtor(s) in Bankruptcy

MAILING MATRIX

BY ECF:
Nnika White, Counsel for the debtor
Jason M. Krumbein, Special Counsel for the debtor


BY US MAIL
Tae Young Kim, 10425 Midlothian Tpke, Richmond, VA 23235